UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KING RANGE., JR.,<br><br>       Plaintiff,<br><br>  -against-<br><br>SPRING GREEN LLC AND DIESEL U.S.A., INC.,<br><br>       Defendants. | 22-cv-10381 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  The deadline to submit motions for summary judgment in this case was January 5, 2024. Dkt. 33. The parties did not submit any motions by this deadline or request an extension of time to do so. Accordingly, the parties are hereby ORDERED to file a joint letter, no later than **January 15, 2024**, proposing trial dates in February, March, or April 2024.

  SO ORDERED.

Dated: January 8, 2024
   New York, New York

                        ARUN SUBRAMANIAN
                        United States District Judge