DAVID J. GRECH
DGRECH@GRSM.COM



ATTORNEYS AT LAW
1 BATTERY PARK PLAZA
28TH FLOOR
NEW YORK, NY 10004
(212) 269-5500
WWW.GRSM.COM

March 8, 2024

**VIA ECF**
The Honorable Arun Subramanian, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:   *King Range, Jr. v. Spring Green LLC and Diesel U.S.A., Inc.*
               Case No. 1:22-cv-10381-AS

Dear Judge Subramanian:

      We represent Defendant Diesel U.S.A., Inc. in this case. We write jointly with counsel for plaintiff King Range, Jr. and counsel for Co-Defendant Spring Green LLC pursuant to the Court's Order, issued earlier today (ECF No. 47).

      Counsel for all parties participated in a meet and confer today via video conference from 3:30 p.m. to 4:00 p.m. On the issue of settlement, the parties' discussions continued, including Plaintiff's counsel's representation that they expect to be in a position to convey an initial proposal to defense counsel next week.

      On the issue of the mediation date, by ECF notification received at 1:13 p.m. today, counsel for all parties were informed that a mediator has been assigned. By ECF notification received at 1:17 p.m., counsel for all parties were informed that that the first mediation conference has been scheduled for March 25, 2024 (per the parties' agreement as previously communicated to the Court's Mediation Office). And by email received from the Court's Mediation Office at 1:20 p.m. today, counsel for all parties were informed of the name and contact information of the assigned mediator and the procedures for the mediation program and were provided with the Court's Mediation Confidentiality Agreement.

      On the issue of the adjustment of pre-trial deadlines, the parties jointly request that the deadline for the submission of the proposed pre-trial order and related filings be extended to April 5, 2024, that the deadline for the any oppositions be extended to April 12, 2024, and that the pre-trial conference be adjourned from April 4, 2024 to any date during the weeks of April 15, 2024 and April 22, 2024 available to the Court.

Hon. Arun Subramanian, U.S.D.J.
U.S. District Court, S.D.N.Y.
March 8, 2024
Page 2 of 2

    The parties jointly and respectfully request that the Court authorize these adjustments of the pre-trial deadlines and appreciate the Court's attention to this matter.

                                    Respectfully Submitted,

                                    GORDON REES
                                  SCULLY MANSUKHANI, LLP

                                  */s/ David J. Grech*

                                  David J. Grech

To: All counsel of record (via ECF)

    The Court thanks the parties for their mutual efforts toward settlement, and emphasizes that they should not wait for the mediation but try to make as much progress as they can beforehand, including at least two back-and-forth exchanges of demands and offers. Pretrial material and related filings should be submitted by **March 27, 2024 at 5:00 PM**. Oppositions are due on **April 3, 2024 at 5:00 PM**. The final pretrial conference will proceed as scheduled.

    The Clerk of Court is directed to terminate the motion at ECF No. 48.

SO ORDERED.

*[signature]*

Arun Subramanian, U.S.D.J.
Date: March 12, 2024