DAVID J. GRECH
DGRECH@GRSM.COM



ATTORNEYS AT LAW
1 BATTERY PARK PLAZA
28TH FLOOR
NEW YORK, NY 10004
(212) 269-5500
WWW.GRSM.COM

March 27, 2024

Application GRANTED. The Clerk of Court is directed to terminate the motion at Dkt. 50.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: March 27, 2024

**VIA ECF**
The Honorable Arun Subramanian, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *King Range, Jr. v. Spring Green LLC and Diesel U.S.A., Inc.*
Case No. 1:22-cv-10381-AS

Dear Judge Subramanian:

We represent Defendant Diesel U.S.A., Inc. in this case. We write jointly with counsel for Co-Defendant Spring Green LLC to respectfully request a short extension of time from today, March 27, 2024 (by 5pm), to April 1, 2024 for the parties to submit their pre-trial filings. We have met and conferred with Plaintiff's counsel, and Plaintiff does not oppose this request.

As we trust the Court is aware, the parties were scheduled for their first mediation session on March 25, 2024. That session was conducted, lasted approximately nine (9) hours, and the parties made significant progress toward a global resolution. The Court-assigned mediator is attempting to reschedule the resumption of the parties' mediation session for later today and/or March 29, 2024 to see whether closure can be reached. The parties have their attention and resources focused on this process of mediation and settlement right now, and we respectfully submit that diverting them at this critical juncture would be counterproductive and jeopardize the progress already made.

Thus, it is respectfully requested that the Court authorize this adjustment of the pre-trial deadline. No other date or deadline would be affected by this requested extension of time. We greatly appreciate the Court's attention to this matter.

Respectfully Submitted,

GORDON REES
SCULLY MANSUKHANI, LLP

*/s/ David J. Grech*