DAVID J. GRECH
DGRECH@GRSM.COM

The deadline to submit final pretrial material is hereby extended to April 5, 2024 at 5 PM. The final pretrial conference is rescheduled to April 11, 2024 at 4 PM. The parties are reminded that the trial date will not be adjourned on account of a settlement in principle. The trial will continue as scheduled until the parties file a stipulation of dismissal.

The Clerk of Court is directed to terminate the motion at ECF No. 52.

SO ORDERED.

*Arun Subramanian, U.S.D.J.*
Date: April 1, 2024

**GRSM50**
GORDON REES SCULLY MANSUKHANI
YOUR 50 STATE LAW FIRM™
ATTORNEYS AT LAW
1 BATTERY PARK PLAZA
28TH FLOOR
NEW YORK, NY 10004
(212) 269-5500
WWW.GRSM.COM

March 29, 2024

**VIA ECF**
The Honorable Arun Subramanian, U.S.D.J.
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *King Range, Jr. v. Spring Green LLC and Diesel U.S.A., Inc.*
Case No. 1:22-cv-10381-AS

Dear Judge Subramanian:

We represent Defendant Diesel U.S.A., Inc. in this case. We write jointly with counsel for Plaintiff King Range, Jr. and counsel for Co-Defendant Spring Green LLC to respectfully request a short extension of time from April 1, 2024 to April 2, 2024 for the parties to submit their pre-trial filings.

To further update the Court, following the parties' first mediation session on March 25, 2024, which lasted approximately nine (9) hours, the parties reconvened today and just concluded another approximately six (6) hours of mediated negotiations. The parties have resolved significant differences in their positions and have made even more progress toward a global settlement. Given the parties' current positions, counsel are optimistic that final approvals will be conveyed and that an agreement in principle will be confirmed by Monday, April 1, 2024 (over the holiday weekend). Even more so than in our immediately prior correspondence to the Court, the parties have their attention and resources squarely focused on mediation and settlement, and we respectfully submit that diverting them at this critical juncture would be counterproductive and risk the substantial progress already made.

Thus, it is respectfully requested that the Court authorize this adjustment of the pre-trial deadline. No other date or deadline would be affected by this requested extension of time. We greatly appreciate the Court's attention to this matter and the Court-assigned mediator's tireless efforts in assisting the parties and counsel.

Respectfully Submitted,

GORDON REES
SCULLY MANSUKHANI, LLP

*/s/ David J. Grech*