DAVID J. GRECH
DGRECH@GRSM.COM

The deadline for pretrial submissions is hereby extended to **April 15, 2024 at 5PM**. The final pretrial conference is rescheduled to **April 17, 2024 at 4PM**. The Court will cancel all deadlines after the parties file a stipulation of dismissal. The Court appreciates the hard work of the parties in mediating this case.

The Clerk of Court is directed to terminate the motion at ECF No. 54.

SO ORDERED.

*[signature]*

Arun Subramanian, U.S.D.J.
Date: April 5, 2024

# GRSM50
GORDON REES SCULLY MANSUKHANI
YOUR 50 STATE LAW FIRM™

ATTORNEYS AT LAW
1 BATTERY PARK PLAZA
28TH FLOOR
NEW YORK, NY 10004
(212) 269-5500
WWW.GRSM.COM

April 5, 2024

**VIA ECF**
The Honorable Arun Subramanian, U.S.D.J.
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *King Range, Jr. v. Spring Green LLC and Diesel U.S.A., Inc.*
Case No. 1:22-cv-10381-AS

Dear Judge Subramanian:

We represent Defendant Diesel U.S.A., Inc. in this case. We write jointly with counsel for Plaintiff King Range, Jr. and counsel for Co-Defendant Spring Green LLC to report to the Court that the parties have reached a global resolution. With the continuing assistance of the Court-assigned mediator, it was confirmed to counsel for all parties just a short time ago that all parties have agreed to a settlement of all claims. Counsel intend to immediately turn to memorializing the parties' agreement in the required settlement documents, including the stipulation of dismissal.

Thus, the parties jointly and respectfully request an adjournment of the deadline to submit final pre-trial materials, presently scheduled for today at 5:00 pm, and of the final pre-trial conference, presently scheduled for April 11, 2024 at 4:00 pm. As for the final pre-trial conference, in addition to the reason of the parties' settlement, our office, respectfully and with consent, requests that it be adjourned due to a scheduling conflict. Prior to the Court's rescheduling of the final pre-trial conference for April 11, 2024, the undersigned, lead counsel for Defendant Diesel U.S.A., Inc. in this case, was scheduled to be actually engaged on that date to attend a Court-ordered mediation session involving multiple parties and non-parties before the Honorable Lisa P. Lenihan (Ret.) in a case pending before the U.S. District Court of the Western District of Pennsylvania (*Murphy v. Spirit Airlines, Inc.*; Case No. 1:23-cv-63).

Thus, it is respectfully requested that the Court authorize this adjustment of the pre-trial deadline and adjournment of the pre-trial conference. No other date or deadline would be affected by this requested extension of time. We greatly appreciate the Court's continuing attention to this matter and the Court-assigned mediator's continuing efforts.

Respectfully Submitted,

GORDON REES SCULLY MANSUKHANI, LLP
*/s/ David J. Grech*