UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KING RANGE., JR., <br><br>                     Plaintiff, <br><br>        -against- <br><br> SPRING GREEN LLC AND DIESEL U.S.A., INC., <br><br>                     Defendants. | 22-cv-10381 (AS) <br><br> <u>ORDER</u> |

ARUN SUBRAMANIAN, United States District Judge:

The deadline to submit final pretrial material is hereby extended to April 26, 2024.

SO ORDERED.

Dated: April 18, 2024
       New York, New York

                                                    _____
                                                       ARUN SUBRAMANIAN
                                                       United States District Judge